the Ford automobile accelerated the automobile in an effort to get across after noticing the street car. It further ignores the fact that plaintiff's own witness Stern states that the street car was about 15 or 18 feet from the corner at the time the Ford automobile reached the car tracks.

There is abundant evidence in the record to show that a street car being driven at a rate of 18 miles an hour cannot be stopped in less than 90 feet. However, as soon as the motorman saw the automobile near the tracks, he applied his brakes and sounded his gong, and therefore we are of the opinion that he did everything possible to avoid the accident and that the doctrine of the last clear chance is inapplicable. Nolan v. I. C. R. R. Co., supra; Cowden v. Shreveport Rys. Co., supra; Wolf v. N. O. Ry. & Light Co., 133 La. 891, 63 So. 392; Callery v. N. O. Ry. & Light Co., supra; White v. I. C. R. R. Co., 114 La. 826, 38 So. 574; Harrison v. R. R. Co., 132 La. 761, 61 So. 782; Castile v. O'Keefe, 138 La. 479, 70 So. 481; McShane v. Rys. Co., supra; Friedman v. N. O. Ry. Co.; supra; Bertucci v. N. O. Rys. Co., supra; Thompson v. Morgan, supra.

For the reasons assigned, the judgment appealed from is annulled, avoided, and reversed, and it is now ordered that there be judgment herein in favor of the defendant, New Orleans Public Service, Inc., and against the plaintiff, Joseph Favaza, dismissing the suit at his cost.

Reversed.

Finnorn & Todd, Robt. B. Todd, and Cameron McCann, all of New Orleans, for appellees.

HIGGINS, Judge.

This suit results from the same accident which we considered in the case of Joseph Favaza v. N. O. Public Service, Inc., 154 So. 457, decided by us this day. Plaintiff, Oliver Frere, claims damages of $400 in behalf of his minor son, who was driving the automobile of Favaza when the accident occurred, alleging the same grounds of negligence on the part of defendant company as was set forth in the other case.

For the reasons assigned in Favaza v. N. O. Public Service, Inc., the judgment herein appealed from is annulled, avoided, and reversed, and it is now ordered that there be judgment in favor of the defendant, New Orleans Public Service, Inc., and against the plaintiff, Oliver Frere, on behalf of his minor son, Murphy Frere, dismissing the plaintiff's suit at his cost.

Reversed.

**CARLILE v. HUCKABY et al. †**
No. 4807.

Court of Appeal of Louisiana.
Second Circuit.
May 4, 1934.

Oliver FRERE, on Behalf of His Minor Son, Murphy Frere, Plaintiff and Appellee, v. NEW ORLEANS PUBLIC SERVICE, Inc., Defendant and Appellant. *
No. 14898.

Court of Appeal of Louisiana. Orleans.
April 23, 1934.

Rehearing Denied May 7, 1934.

Ivy G. Kittredge, of New Orleans, for appellant.

---

*Writ of certiorari refused May 21, 1934.  † Rehearing denied June 4, 1934.